**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed November 5, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00650-CV

## AMERICAN TITLE COMPANY OF HOUSTON, Appellant

## V.

## WILBANKS & WILBANKS, Appellee

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-50292**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 14, 2018. On October 29, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.